UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAUNE G. EMORY, | ) | Case No. CV 16-1103 JC |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN NUNIZ, | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Memorandum Opinion and Order Granting Motion to Dismiss and Dismissing Petition for Writ of Habeas Corpus and Action with Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: October 13, 2016

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE